82,775-01

IN THE COURT OF CRIMINAL APPEALS

OF TEXAS

SANDRO BALADEZ,               §
            Petitioner

VS.                           §   CRIMINAL CASE NO. 01-1-6242-A

THE STATE OF TEXAS            §

## MOTION FOR PLEADING

TO THE HONORABLE JUSTICES OF SAID COURT:

 Comes now SANDRO BALADEZ, (petitioner) in the above-style and entitled cause and respectfully files this "Motion For Pleading" in pursue to petitioner "Motion For rehearing" filed March 16, 2015 in the Court of Criminal Appeals. Petitioner is seeking the following:

1. The Court of Criminal Appeals (Justice's) judgment, ruling and date as to petitioner Motion For Rehearing filed on March 16, 2015.



MOTION DISMISSED
DATE: 4-20-15
BY: PC

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 01 2015

Abel Acosta, Clerk

WHEREFORE, PREMISES CONSIDERED, petitioner requests that this Honorable Court and Justice's consider petitioner "Motion(s)" on the foremention.

Executed at city of: _Beaumont_ ,State of: _Tx_ ,Date: _03/30/2015_ .

Respectfully submitted:
/s/ _Xandro Balaco #1116755_
Mark W. Stiles Unit
3060 FM 3514
Beaumont, Texas 77705

## CERTIFICATE OF SERVICES

I hereby cerify that a true and correct copy of the foremention "Motion For Pleading" has been mailed to the: COURT OF CRIMINAL APPEALS OF TEXAS, Clerk, Abel Acosta, P.O BOX 12308, Capitol Station, Austin, Texas 78711, on this _30th_ ,of _March_ ,2015.

Respectfully submitted:
/s/ _Xandro Balaco_